UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

REINA PENA,                                          Case No.: 22-15697
                                                                       Chapter: 13

     Debtor.

_____ /

**OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN**

      JPMorgan Chase Bank, National Association ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan (the "Plan") (Doc. No. 7) and in support thereof states:

      1.      Debtor's Bankruptcy Case:    This case was commenced by the filing of a voluntary Chapter 13 petition on July 26, 2022 (the "Petition Date") by Reina Pena (the "Debtor").

      2.      Collateral:    Secured Creditor holds a mortgage lien against the Debtor's real property located at 16436 Sw 84 Ln, Miami, FL 33193 (the "Property").

      3.      Secured Creditor's Claim:    Secured Creditor has not yet filed a proof of claim, but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $12,146.11.

      4.      Plan Treatment:    The Debtor's Plan fails to provide for treatment to Secured Creditor. Secured Creditor requests that the Debtor files an amended plan to surrender the Property or provide for payment.

      5.      Pre-petition Arrearage:    The Plan is not in compliance with the requirements of 11 U. S. C. § 1322(b)(3),(5) and 1325(a)(5)(A), and cannot be confirmed since it fails to

address (i)the pre-petition arrearage due to Secured Creditor; and (ii) the monthly post-petition installment payments due on Secured Creditor's mortgage claim.

6. <u>Debtor's Schedules:</u>   The Debtor's Schedule A and D discloses the Property and is the Debtor's Homestead Property.

7. <u>Secured Creditor does not Consent to the Plan:</u>   Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan. Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

8. <u>Attorney's Fees and Costs:</u>   Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

9. <u>Objection:</u>   Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By:  */s/Toni Townsend*
Toni Townsend
Florida Bar No. 1022285
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (312) 346-9088 X5174
Fax: (312) 346-6146
Email: Toni.Townsend@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on 08/22/2022 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Reina Pena, 16436 Sw 84Th Lane, Miami, FL 33193.

By:     /s/Toni Townsend
            Toni Townsend

- Kathy L Houston, Esq.     courtdocs@houstonlawfl.com
- Nancy K. Neidich     e2c8f01@ch13miami.com
- United States Trustee – ORL7/13     USTP.Region21.OR.ECF@usdoj.gov

_____
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301